UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Rafael Fontanez_

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

_City of New York_

_____

_____

_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11·5·2013

AMENDED
COMPLAINT
under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial:  ☑ Yes   ☐ No
*(check one)*

13 Civ. 5405   (PGG)

I.    **Parties in this complaint:**

A.    List your name, identification number, and the name and address of your current place of
      confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper
      as necessary.

Plaintiff's     Name _Rafael Fontanez_
                ID# _12-A-4445_
                Current Institution _Attica Correctional Facility_
                Address _Box 149_
                _Attica, New York 14011-0149_

B.    List all defendants' names, positions, places of employment, and the address where each defendant
      may be served. Make sure that the defendant(s) listed below are identical to those contained in the
      above caption. Attach additional sheets of paper as necessary.

Defendant No. 1      Name _D. Silverio [ Police Officer ]_     Shield # _23765_
                     Where Currently Employed _009TH Precinct_
                     Address _321 East 5TH Street_
                     _New York, New York 10003_

*Rev. 01/2010*                           1

Defendant No. 2      Name _____ Shield #_____

Where Currently Employed _____

Address _____

_____

_____

Defendant No. 3      Name _____ Shield #_____

Where Currently Employed _____

Address _____

_____

_____

Who did
what?

Defendant No. 4      Name _____ Shield #_____

Where Currently Employed _____

Address _____

_____

_____

Defendant No. 5      Name _____ Shield #_____

Where Currently Employed _____

Address _____

_____

## II.      Statement of Claim:

State as briefly as possible the facts of your case.    Describe how each of the defendants named in the
caption of this complaint is involved in this action, along with the dates and locations of all relevant events.
You may wish to include further details such as the names of other persons involved in the events giving
rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims,
number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.      In what institution did the events giving rise to your claim(s) occur?

_____

_____

B.      Where in the institution did the events giving rise to your claim(s) occur?

C.      What date and approximate time did the events giving rise to your claim(s) occur?

On Aug 19, 2010 at Approx 4:35pm Until being Processed & booked Through Central bookings & Then
Transfered To rikers Island # Then released 5 To 6 days later From Court on me 170 day
Then 3 Month Later This Fabricated / Bogus Case Was Dismissed on "Nov. 30, 2010"

What
happened
to you?

D.      Facts: On Aug 19, 2010 i Was harass, Kidnapped by being Placed in Police Custody for not Committing
a Criminal offense, The 009TH Precinct Illegally Arrested me & Charged me with CPW 3RD menacing
resisting Arrest, Obstruction Government Administration 2ND, Dis Con, Then Arraigned on resisting
Arrest, Obstruction Gov 2ND, Attempt Assault 3D, Dis Con, Nov.30,2010 The Entire Criminal Case Was

Dismissed & not too mention i was Placed on Rivers Island for 5 to 16 longs days before being released From The Court house On my 176 day. I was illegally taken into Custody for Exercising my rights "First Amend" Freedom of speech, i chad at Thomkins Square Park minding my own Business & Said out loud in Public & also Petitioning the Government for a redress of Grievance, i only was Stating out loud how The City of New York needs to Stop their officer's of Violating our Constitutional rights, right now the City of New York NYPD is in Clear Violation of not only my 1st Amend, but now 1st Amend Assemble Cause me Exercising my rights & Also my 5th, 6th, 8th, & 14th Amendments rights were Violated in the Process of incident, No one Else was involved but The officer(s) Etc... I was Placed in such a horrible living Place for doing nothing & not Only was i stopped & Searched for Absolutely nothing & Then Through to The Ground in Thomkins Square Park then Placed Under Mechanical restraints & then charged with Fabricated / Bogus charged That were dismissed a few mos Later i don't know why i was stopped & Search for, I was never Afforded a drinking Cup of water at The 9th Precinct Station house & its So Dirty There & to Central bookings ain't no Different Also AMKC-C-95 Rivers Island is The worst, i was Forced ~~too~~ To Sleep on The Dirty Floor Until i was Finally housed not To mention The Floors in C-95 are So Dirty with roaches Mice Etc in Clear Violation of 8th Amendment That Protected by The United States of America & new york State Constitution!

<div style="border:1px solid black; display:inline-block; padding:4px;">Was anyone else involved?</div>

<div style="border:1px solid black; display:inline-block; padding:4px;">Who else saw what happened?</div>

## III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

Cruel & Unusual Punishment(s) Violation(s) of All my health rights Protected by hippo land hygiene, most disguising Food & Service, no drinking Cup nor water Etc. i increase Amounts of Violence. my Life was Placed in direct Threat(s) of Life & death, Also in direct Contact of being Exposed To Highly Contagious disease(s) & infections Due To These Fabricated / Bogus Criminal charges The nypd Decided To Use Upon me, I've Suffered Emotional distros due To The City of new york NYPD Action(s) I've Also Suffered mental Anguish & Loss of Liberty as i Experienced a Manifest & Profound Loss of Liberty During my illegal Confinement To the Dept of Corrections!

## IV.   Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes  ✓    No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

009ᵗʰ Precinet Station House, Manhattan Central bookings and Then Anna6/C95 New rikers Island!

B.   Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _____   No _✓_   Do Not Know _____

C.   Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes _____   No _✓_   Do Not Know _____

If YES, which claim(s)?

_____

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _____   No _✓_

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes _____   No _✓_

E.   If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1.   Which claim(s) in this complaint did you grieve?

_____
_____

2.   What was the result, if any?

_____
_____

3.   What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.

_____
_____
_____
_____

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

_____
_____
_____

2.      If you did not file a grievance but informed any officials of your claim, state who you
        informed, when and how, and their response, if any:

G.      Please set forth any additional information that is relevant to the exhaustion of your administrative
        remedies.

Note:   You may attach as exhibits to this complaint any documents related to the exhaustion of your
        administrative remedies.

V.      **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that
you are seeking and the basis for such amount). I'm Seeking The Amount of Five million(s) dollars for
False Arrest & Unlawful Kidnapping, Harassment, menacing Also being impermissable Punished
Violation(s) of The new york State Constitution & The constitution of The United States of America,
Those are my right(s) & They were in Clear Violation(s) of Article 1 Section 5, 6, 8, 9 of The
new york State Constitution Also in Clear Violation(s) of 1st, 4th, 5th, 6th, 8th, 14th Amendments of
The Constitution of The United States of America Also in Clear Violation(s) of The Universal Declara-
tion of human rights Article 1, 2, 3, 5, 6, 7, 8, 9, 10, 12, 18, 19, & 24. my Freedom was Taken away
From me Just Because i was Exercising my rights Under The State of New york & United States
Constitution That are Protected. 5 to 10 days of my Freedom were Taken from me for Exercising my
First Amendment "Freedom of Speech" & 4th Amendment Search & Seizures with no Probable
Cause, 5th Amendment Violation(s) Police Officer Filing Fabracated / Bogus Criminal Charges base on my
Criminal History, 6th Amendment Wasn't Afforded To Confront with The officers (who Charged

me nor Giving me a Trial, 8th Amendment Cruel & Unusual Punishment inflicted Upon me ETC...
These Police Officers at the 009th Precinct Station House are in Clear Violation(s) of All above
and Contempt of Court For Violating Court orders made by Honorable Judge Shira Scheindlin!

**VI.     Previous lawsuits:**

<div style="border:1px solid; display:inline-block; padding:4px;">On<br>these<br>claims</div>

A.     Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓     No ____

B.     If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

   1.     Parties to the previous lawsuit:

   Plaintiff _Rafael Torrance_
   Defendants _City of Newyork Dept. of Corr. Comm. Dora B. Schair, Warden B. Cripps Dnykl_

   2. Court (if federal court, name the district; if state court, name the county) _Southern Dist. of Newyork_

   ____3.     Docket or Index number _12 Civ 483 (TPG)_

   ____4.     Name of Judge assigned to your case _Thomas P. Griesa_

   5.     Approximate date of filing lawsuit _January 18, 2012_

   6.     Is the case still pending? Yes ____ No ✓

           If NO, give the approximate date of disposition _5.7.12_

   7.     What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _Dismissed_

<div style="border:1px solid; display:inline-block; padding:4px;">On<br>other<br>claims</div>

C.     Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ✓     No ____

D.     If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

   1.     Parties to the previous lawsuit:

   Plaintiff _Rafael Torrance_
   Defendants _City of Newyork_

   2.     Court (if federal court, name the district; if state court, name the county) _Southern Dist. of Newyork_

   ____3.     Docket or Index number _12 Civ.4392_

   ____4.     Name of Judge assigned to your case _Alison J. Nathan_

   5.     Approximate date of filing lawsuit _June 8, 2012_

6. Is the case still pending? Yes _____ No ✓

If NO, give the approximate date of disposition ~~Now~~ Feb. 5, 2013 _____

7. What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?)  We both reached an Agreement & we Settled _____

_____


**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ____ day of _____, 20~~13~~.

Signature of Plaintiff _____

Inmate Number  12-A-4445 _____

Institution Address _____

_____

_____

_____


Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _____ day of _____, 20~~13~~, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____



FOREVER USA
PURPLE HEART
FOREVER USA
PURPLE HEART
PURPLE HEART

BUFFALO NY
31 OCT 2013

1C0004*2429

U.S. District Court
Southern District of New York
Pro Se Office
500 Pearl Street, Room 230
New York, NY 10007 - ATTICA CORR FAC

NOV - 5 2013

PRO SE OFFICE

U.S.A.

ATTICA CORRECTIONAL FACILITY
BOX 149
ATTICA, NEW YORK 14011-0149

NAME: Rafael Fontanez    DIN: 12-A-4445